■ The People of the State of New York, Respondent, v Leanne K. Bunn, Appellant. [753 NYS2d 797] —Appeal from a judgment of Yates County Court (Falvey, J.), entered September 4, 2001, convicting defendant upon her plea of guilty of, inter alia, grand larceny in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: The contention of defendant that she was denied effective assistance of counsel does not survive her guilty plea because "[t]here is no showing that the plea bargaining process was infected by any allegedly ineffective assistance or that defendant entered the plea because of [her] attorney['s] allegedly poor performance" (*People v Burke*, 256 AD2d 1244, 1244, *lv denied* 93 NY2d 851; *see People v Remp*, 294 AD2d 823). The waiver by defendant of the right to appeal encompasses her contention concerning the severity of the sentence (*see People v Lococo*, 92 NY2d 825, 827; *People v Hidalgo*, 91 NY2d 733, 737). Present—Pine, J.P., Wisner, Kehoe, Burns and Gorski, JJ.